**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**SINAN KONUKSEVENLER,**

***Petitioner,***

**v.**

**MULLIN et al.,**

***Respondents.***

**Case No.2:26-cv-12364-KSH**

**NOTICE OF VOLUNTARY DISMISSAL**

Petitioner, by and through his undersigned attorney, hereby voluntarily dismisses under FRCP 41(a)(1) without prejudice this action.

Dated: October 19, 2026

*/s/ Cagatay Ersoy*
Cagatay Ersoy, Esq.
*Attorney for Petitioner*
Capitol Law Partn
13873 Park Center Rd STE 152
Herndon, VA 20171
(202) 440-2272

SO ORDERED this day of October 19, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, USDJ